■ The People of the State of New York, Respondent, v Jonathan C. Mayback, Appellant. [899 NYS2d 722]—Appeal from

a judgment of the Supreme Court, Erie County (M. William Boller, A.J.), rendered January 23, 2009. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Carni, Lindley, Green and Gorski, JJ.